Tionna Dolin (SBN 299010)
tdolin@slpattorney.com
Daniel Law (SBN 308855)
dlaw@slpattorney.com
STRATEGIC LEGAL PRACTICES, APC
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone:  (310) 929-4900
Facsimile:  (310) 943-3838

Attorneys for Plaintiff
PATRICIA A. O'BRIEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. O'BRIEN,<br><br>              Plaintiff,<br><br>     vs.<br><br>FCA US, LLC; STEAD MOTORS INC DBA WALNUT CREEK CHRYSLER JEEP DODGE RAM; and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No.: 8:21-CV-01391-CJC-ADS<br><br>(Removed from Orange County Superior Court, Case No. 30-2021-01186302-CU-BC-CJC)<br><br>**NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**<br><br>[Complaint Filed: February 26, 2021]<br>[Removed: August 24, 2021] |

**TO THE COURT:**

**PLEASE TAKE NOTICE** Plaintiff PATRICIA A. O'BRIEN (hereinafter, "Plaintiff") accepted Defendant FCA US LLC's (hereinafter, "Defendant") Offer of Judgement Pursuant to Fed. R. Civ. P. 68, which is attached hereto. Plaintiff hereby applies for the entry of judgement thereon pursuant to the terms of the Rule 68 attached herein.

Dated: December 29, 2021                    STRATEGIC LEGAL PRACTICES, APC

                                   /s/ Tionna Dolin
                                   Tionna Dolin
                                   Attorneys for Plaintiff

1
**NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT**

SPENCER P. HUGRET (SBN 240424)
shugret@grsm.com
KATHERINE P. VILCHEZ (SBN 212179)
kvilchez@grsm.com
TRINA M. CLAYTON (SBN 204215)
tclayton@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:   (415) 986-8054

Attorneys for Defendant
FCA US, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA O'BRIEN,<br><br>                            Plaintiff,<br><br>vs.<br><br>FCA US, LLC; STEAD MOTORS INC DBA WALNUT CREEK CHRYSLER JEEP DODGE RAM; and DOES 1 through 10, inclusive,<br><br>                            Defendants. | Case No. 8:21-cv-01391-CJC-ADS<br><br>**DEFENDANT FCA US LLC'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**<br><br>Judge:  Hon. Cormac J. Carney<br><br>Courtroom:  9B Santa Ana<br><br>St. Court Complaint Filed: February 26, 2021<br><br>Trial Date:         None set |

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to the provisions of Rule 68 of the Federal Rules of Civil Proc., Defendant FCA US LLC ("FCA"), on behalf of itself, hereby offers to allow judgment to be taken against it as follows:

1. FCA will pay, in exchange for a dismissal with prejudice as to the entire action, Plaintiff PATRICIA O'BRIEN ("Plaintiff") **$85,806.18** to settle her

-1-
DEFENDANT FCA US LLC'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

Not using

claims against FCA for the 2015 Jeep Cherokee Limited VIN 1C4PJLDB4FW573630 ("Subject Vehicle"), inclusive of any and all loan payoff amounts, civil penalties, any incidental/consequential damages and any and all liability claimed in this action. Such dismissal shall be filed upon satisfaction of funding.

2. FCA's funding obligation shall be satisfied on a date within 60 days after execution and return of this offer.

3. In addition, FCA will pay **$8,000.00** in attorney's fees and costs or, if the parties cannot agree on a total amount to be paid, FCA offers to pay reasonable costs, expenses and attorneys' fees pursuant to a properly notice motion pursuant to Civil Code Section 1794(d). FCA agrees that Plaintiff is the prevailing party for the purposes of this Motion, as defined by Civil Code section 1032. If a Motion is needed, this shall not be construed as a waiver of FCA's rights to assert arguments in opposition thereto based on the reasonableness of the fees, costs or expenses sought.

4. FCA will waive all claims it may have for costs and fees in this action.

5. Failure to accept this Offer of Judgment will result in FCA claiming all benefits accruing to it under Rule 68 of the Federal Rules of Civil Procedure should Plaintiff not achieve a more favorable result at the trial of this action.

6. This Offer of Judgment is made for the purposes specified in Fed. R. Civ. P. 68, and will be deemed withdrawn unless written notice of acceptance of this Offer is made in the applicable time period set forth by law (within fourteen (14) days of the date that it was served). Plaintiff's acceptance of FCA's Offer of Judgment must be made in writing, and may be indicated by the signature of Plaintiff's counsel below.

//

//

-2-
DEFENDANT FCA US LLC'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

7. This offer is made pursuant to *Goodstein v. Bank of San Pedro* (1994) 27 Cal.App.4th 899, 323 Cal.Rptr.2d 740, in that a judgment will not be entered. Rather, the operative Complaint will be dismissed with prejudice.

Dated: December 2, 2021       GORDON REES SCULLY MANSUKHANI, LLP

By: _____
Spencer P. Hugret
Katherine P. Vilchez
Trina M. Clayton
Attorneys for Defendant
FCA US LLC

I hereby accept the above offer on the terms stated on behalf of Plaintiff.

Dated: 12/16/2021       STRATEGIC LEGAL PRACTICES, APC

By: _____
Tionna Dolin
Attorney for Plaintiff
PATRICIA O'BRIEN

-3-
DEFENDANT FCA US LLC'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

## PROOF OF SERVICE
*Patricia O'Brien v. FCA US LLC, et al.*
Orange County Superior Court Case No. 30-2021-01186302-CU-BC-CJC

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Gordon Rees Scully Mansukhani, LLP, 275 Battery Street, Suite 2000, San Francisco, CA 94111. On the date below, I served the within documents:

**DEFENDANT FCA US LLC'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by transmitting VIA ELECTRONIC MAIL the document(s) listed above to the email address(es) set forth below on this date before 5:00 p.m. (*Per agreement of the parties*.)

☐ by having Nationwide PERSONALLY DELIVER the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

Tionna Dolin
STRATEGIC LEGAL PRACTICES, APC
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Tel.: (310) 929-4900
Fax: (310) 943-3838
Email: emailservices@slpattorney.com
Email: tdolin@slpattorney.com
Email: dlaw@slpattorney.com
Email: crlee@slpattorney.com
*Attorneys for Plaintiff*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 2, 2021 at San Francisco, California.

_____
Jesica Cortez

-4-
DEFENDANT FCA US LLC'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Los Angeles, California; my business address is Strategic Legal Practices, A Professional Corporation at 1840 Century Park East, Suite 430, Los Angeles, California 90067.

On the date below, I served a copy of the foregoing document entitled:

**NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made Declaration is executed in Los Angeles, California on December 29, 2021.

*[signature]*

Lydia Fuller