# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. O'BRIEN,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US, LLC; STEAD MOTORS, INC. DBA WALNUT CREEK CHRYSLER JEEP DODGE RAM; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-01391-CJC (ADSx)<br><br>Judge: Hon. Cormac J. Carney<br>Magistrate: Hon. Autumn D. Spaeth<br><br>Courtroom: 9B, Santa Ana<br><br>**ORDER ENTERING JUDGMENT IN FAVOR OF PLAINTIFF PURSUANT TO TERMS OF RULE 68 OFFER (Dkt. No. 20)** |

# ORDER

The Court, having considered the Notice of Acceptance of Defendant's Offer of Judgement Pursuant to Fed. R. Civ. P. 68 (Dkt. No. 20), hereby ORDERS as follows:

1. Judgement is entered in favor of Plaintiff PATRICIA O'BRIEN pursuant to the terms stated in Defendant FCA US LLC's Offer of Judgment Pursuant to Fed. R. civ. P. 68 (Dkt. No. 20.), including that:

   a. FCA shall pay, Plaintiff PATRICIA O'BRIEN ("Plaintiff") $85,806.18 to settle her claims against FCA for the 2015 Jeep Cherokee Limited VIN 1C4PJLDB4FW573630, inclusive of any and all loan payoff amounts, civil penalties, any incidental/consequential damages and any and all liability claimed in this action;

   b. FCA shall pay reasonable costs, expenses and attorneys' fees pursuant to a properly notice motion pursuant to Civil Code Section 1794(d), or in the alternative, in an amount agreed upon by the parties;

2. Further, the Court retains jurisdiction over this matter so that the parties can consummate the settlement terms, including the resolution of Plaintiff's attorneys' fees, costs and expenses.

**IT IS SO ORDERED.**

Dated: January 14, 2022

THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT COURT JUDGE

**CC: FISCAL**

1